IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **Vince Santos** | § | CASE NO. 13-16247-MKN |
| **Darlene J. Santos** | § | |
| Debtors | § | |
| | § | CHAPTER NO. 13 |
| | § | |
| | § | |

**REQUEST FOR NOTICE PURSUANT TO**
**BANKRUPTCY RULES 2002 AND 9010**

Please take notice that Lobel Financial Corporation hereby gives notice pursuant to Bankruptcy Rules 2002 and 9010 that the law firm of J. Ward Holliday and Associates, P.C. requests:

1. All notices given or required to be given in the case; and

2. All pleadings and correspondence served or required to be served in this case, regarding Lobel Financial Corporation, Case Number - 13-16247-MKN should be directed to the law firm of J. Ward Holliday and Associates, P.C. at the following address:

> **J. Ward Holliday and Associates, P.C.**
> **501 Elm Street – Suite 400**
> **Dallas, Texas  75202**
> Re:  Lobel Financial Corporation
> JWH&A#: 104022

This request encompasses all notices, copies, and pleadings referred to in Rules 2002, 9007, and 9010 of the Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications, Schedules, Statements, Plans, and any other documents brought before this Court in this case, whether

formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, facsimiles transmission, e-mail, or otherwise which effects or seeks to effect the above case.

                Respectfully submitted,

/s/J. Ward Holliday
J. Ward Holliday (Bar No. 09876700)
J. Ward Holliday and Associates, P.C.
501 Elm Street Suite 400
Dallas, Texas  75202
214-747-2727

## Certificate of Service

I, the undersigned, do hereby certify that a true and correct copy of the above and foregoing Request for Notice was served upon the parties listed below by First Class U.S. Mail, postage prepaid, or by electronic filing notification, on this the 22nd day of July, 2015.

**Debtor's Attorney**
Monica T. Centeno
285 E. Warm Springs Rd.
Suite 105
Las Vegas, Nevada 89119

**Trustee**
Rick A. Yarnall
701 Bridger Ave
#820
Las Vegas, Nevada 89101

**US Trustee**
Office of the U.S. Trustee
300 Las Vegas Blvd. So.
Suite 4300
Las Vegas, Nevada 89101

/s/J. Ward Holliday
J. Ward Holliday