**TIFFANY & BOSCO, PA**
Gregory L. Wilde
Nevada Bar No. 4417
212 S. Jones Blvd.
Las Vegas, Nevada 89107
Telephone: (702)258-8200
Fax: (702)258-8787
jrgiordano@tblaw.com

**Attorney for Movant Lobel Financial Corporation**

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| In Re: | Chapter 13 |
|---|---|
| Vince Santos and Darlene J. Santos | Bk Case No.: 13-16247-MKN |
| Debtors | |

### BREACH AND FAILURE TO COMPLY WITH TERMS OF THE ADEQUATE PROTECTION ORDER WITH CERTIFICATE OF MAILING

| TO: | Vince Santos and Darlene J. Santos | DEBTORS |
| TO: | Monica T. Centeno | ATTORNEY FOR THE DEBTORS |
| TO: | Rick A. Yarnall | CHAPTER 13 TRUSTEE |
| TO: | ALL INTERESTED PARTIES | |
| TO: | THE OF THE ABOVE ENTITLED COURT | |

Debtors have failed to remit payments in accordance with Stipulation for Adequate Protection and Termination of Automatic Stay Upon Non-Payment ("Stipulated Order") entered between Secured Creditor, Lobel Financial Services and Debtors on November 10, 2015. To date, Secured Creditor has not received the regular monthly payment of $358.50 due on September 30, 2015, and Debtors have failed to make all of the payments required by the Stipulated Order. Through September 30, 2015, Debtors still owe $67.00 with another $291.50 plus $358.50 regular payment coming due on October 30, 2015.

The amount currently due to Lobel Financial Services which does not include the attorney's fee of $100.00 as provided in the Stipulated Order is $525.50. Debtor must tender one (1) check of the **CERTIFIED FUNDS ONLY,** one payment must be made payable to Lobel Financial Services in the

amount of $525.50. The payment made payable to Lobel Financial Services shall be sent via certified mail and delivered to: **Lobel Financial Corporation, 1150 N. Magnolia, Anaheim, California 92801** and must be received within 15 days of the date of this Notice, no later than November 26, 2015.

    IF SAID PAYMENT IS NOT REMITTED ON OR BEFORE THAT DATE TO THE ADDRESS INDICATED, Secured Creditor may submit an Order to the Court to allow it to commence foreclosure proceedings on the subject property described as 2004 BMW 3 Series – VIN: WBAET37484NJ47678. If Debtors are represented by counsel, please note that under the Supreme Court Rules of the State of Nevada, the undersigned counsel are absolutely PROHIBITED from speaking directly with Debtors in regards to this Breach. Debtors should contact their attorney for any advice on curing this default. If Debtors believe this default to be in error, then Debtors MUST have their attorney contact the undersigned counsel prior to the deadline for payment or an Order may be entered against you.

    Undersigned counsel is not at liberty to make additional deals with Debtors on restructuring the payments beyond what has already been agreed to. If Debtors have any questions on this matter, then Debtors must contact their ATTORNEY.

DATED this 11 day of November, 2015.

TIFFANY & BOSCO, PA

/s/ Gregory L. Wilde
GREGORY L. WILDE
Attorney for Movant
212 S. Jones Blvd.
Las Vegas, Nevada 89107

```
1  TIFFANY & BOSCO, PA
   Gregory L. Wilde
2  Nevada Bar No. 4417
   212 S. Jones Blvd.,
3  Las Vegas, Nevada 89107
   Telephone: (702)258-8200
4  Fax: (702)258-8787
5  jrgiordano@tblaw.com

6  Attorney for Movant Lobel Financial Corporation
```

7                    UNITED STATES BANKRUPTCY COURT

8                          DISTRICT OF NEVADA

| In Re: | Chapter 13 |
|---|---|
|  | Bk Case No.: 13-16247-MKN |
| Vince Santos and Darlene J. Santos | |
| Debtors | |

### CERTIFICATE OF MAILING BREACH AND FAILURE TO COMPLY WITH TERMS OF THE ADEQUATE PROTECTION ORDER

1. On November 11, 2015, I served the following document (*specify*):

   *BREACH AND FAILURE TO COMPLY WITH TERMS OF THE ADEQUATE PROTECTION ORDER*

2. I served the above-named document by the following means to the persons as listed below:

   **(Check all that apply)**

   ☒ **a. ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

   Debtors' Counsel: Monica T. Centeno; mcenteno@mcentenolaw
   Chapter 13 Trustee: Kathleen A. Leavitt; courtsecf3@las13.com

☒ **b. United States mail, postage fully prepaid**

*(List persons and addresses. Attach additional paper if necessary)*

    Debtors' Counsel: Monica T. Centeno, 285 E. Warm Springs Rd., Suite 105, Las Vegas, Nevada 89119

    Debtors: Vince Santos & Darlene J. Santos, 8424 Wild Diamond Ave., Las Vegas, Nevada 89143

**I declare under penalty of perjury the foregoing is true and correct.**

Signed on *(date)*: __11/11/15__

__Laurali Cano__                                    __/s/ Laurali Cano__

(NAME OF DECLARANT)                    (SIGNATURE OF DECLARANT)